IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:13-cv-2221-STA-tmp |
| | ) | |
| MARKEY GRANBERRY, DERRICK | ) | |
| ROBINSON, EUMORA REESE, | ) | |
| individually and d/b/a MO' MONEY | ) | |
| TAXES, MONEYCO USA LLC, | ) | |
| CAYMAU SERVICE BUREAU LLC, | ) | |
| MARQUIS TAXES, and SOUTHERN | ) | |
| KING TAXES, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER OF PERMANENT INJUNCTION AGAINST MARKEY GRANBERRY, DERRICK ROBINSON, AND EUMORA REESE**

Now before the Court is the United States' Motion to Approve and Enter the Stipulated Permanent Injunction Against Markey Granberry and Eumora Reese (docket no. 22), and the United States' Motion to Alter or Amend the Order of Permanent Injunction Against Derrick Robinson (docket no. 23). Accordingly, both motions are granted, and judgment is hereby entered in favor of the Plaintiff, United States of America, and against the Defendants Markey Granberry, Derrick Robinson, and Eumora Reese. This judgment of permanent injunction resolves only this civil injunction action against Markey Granberry, Derrick Robinson, and Eumora Reese, and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings, nor precludes Markey Granberry, Derrick Robinson, and Eumora Reese from contesting their liability or guilt in any other matter or proceeding.

1

Pursuant to the terms of the Stipulated Agreements for Permanent Injunction Against Markey Granberry, Derrick Robinson, and Eumora Reese, and as requested in the Motion to Alter or Amend the Order of Permanent Injunction Against Derrick Robinson,

**IT IS HEREBY ORDERED** that Markey Granberry, Derrick Robinson, and Eumora Reese, and anyone acting in concert or participation with them, are permanently enjoined pursuant to Internal Revenue Code (I.R.C.) (26 U.S.C.) §§ 7402, 7407, and 7408, effective from entry of this Order, from directly or indirectly:

(1) acting as federal tax return preparers or requesting, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or any other federal tax documents or forms for any person or entity other than themselves;

(2) owning, operating, managing, working in, controlling, licensing, or franchising a tax return preparation business;

(3) engaging in any other activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6701, or any other penalty provision in the Internal Revenue Code; and

(4) engaging in any conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws.

**IT IS FURTHER ORDERED** that Defendants Markey Granberry, Derrick Robinson, and Eumora Reese post a copy of this Court's Order of Permanent Injunction on the websites for Mo' Money Taxes (http://www.momoneytaxes.com) and MoneyCo USA LLC (http://www.moneycousa.com) within 15 days of the entry of the Court's order, and maintain the order on those websites for a period of at least one year, at which time the websites may be removed from the internet. Markey Granberry, Derrick Robinson, and Eumora Reese shall include a statement, either agreed to by counsel for the United States or approved by the Court, prominently located on those websites, stating that they are no longer preparing tax returns or involved in the tax return preparation business pursuant to the Court's order.

**IT IS FURTHER ORDERED** that Defendants Markey Granberry, Derrick Robinson, and Eumora Reese produce to counsel for the United States, within fifteen days of the Court's order, a list that identifies by name, social security number, address, e-mail address, telephone number and tax period(s) all persons for whom they, Mo' Money Taxes, MoneyCo USA LLC, Southern King Taxes, and Marquis Taxes prepared federal tax returns for tax years beginning in 2008 and continuing through this litigation.

**IT IS FURTHER ORDERED** that Defendants Markey Granberry, Derrick Robinson, and Eumora Reese provide a copy of the Court's order to all of their principals, officers, managers, employees, and independent contractors within fifteen days of the Court's order. Markey Granberry, Derrick Robinson, and Eumora Reese shall provide to counsel for the United States within 30 days a signed and dated acknowledgment of receipt of the Court's order for each person whom Defendants Markey Granberry, Derrick Robinson, and Eumora Reese provided a copy of the Court's order.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce this injunction and the United States is permitted to engage in post-judgment discovery in accordance with the Federal Rules of Civil Procedure to ensure compliance with this permanent injunction.

**IT IS SO ORDERED** this 18th day of September, 2013.

                                                  **s/ S. Thomas Anderson**
                                                  S. THOMAS ANDERSON
                                                  UNITED STATES DISTRICT JUDGE